THOMAS M. QUINN, Appellant, v. WHITNEY'S CADILLAC RENTAL, INC., and CAROLINE WHITNEY, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

JOSEPH S. REGAN, JR., Respondent, v. NEWS SYNDICATE Co., INC., Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

GEORGE B. REYNOLDS, Respondent, v. JAMES S. GRAHAM, as Receiver of No. 284 Fulton Street, Brooklyn, New York, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

VINCENZA SCUDERI and MICHAEL SCUDERI, Respondents, v. SHACNER REALTY CORPORATION, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

MARY SIMMS, Respondent, v. JAMES BUTLER, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. (See Carroll v. New York Pie Baking Co., 215 App. Div. 240.) Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

MARGARET LEONARD STONEHAM, as General Guardian, etc., of RUSSELL C. STONEHAM and JANE ELIZABETH STONEHAM, Infants, and Another, Appellants, v. LEO J. BONDY and HORACE A. STONEHAM, Individually and as Trustees under Certain Agreements of Trust, etc., and LEO J. BONDY, as Executor, etc., of CHARLES A. STONEHAM, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

BENJAMIN TERNER, Appellant, v. EXCELSIOR BREWERY, INC., and Another, Defendants, and PULASKI HOLDING Co., INC., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

EDWARD A. TRUMPBOUR and Another, Respondents, v. THE ARTHUR A. JOHNSON CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.